1   COOLEY LLP
    RONALD S. LEMIEUX (120822)
2   (rlemieux@cooley.com)
    VIDYA R. BHAKAR (220210)
3   (vbhakar@cooley.com)
    CARRIE J. RICHEY (270825)
4   (crichey@cooley.com)
    Five Palo Alto Square
5   3000 El Camino Real
    Palo Alto, CA  94306-2150
6   Telephone:     (650) 843-5000
    Facsimile:     (650) 849-7400
7
    Attorneys for Defendant
8   FOSTER FARMS, LLC

9                        UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF CALIFORNIA
10                                FRESNO DIVISION

11

12  MOBILE LOGISTICS, LLC,                    Case No.  1:12-cv-01264-JAM-CKD

13                  Plaintiff,                **SECOND STIPULATION TO EXTEND
                                              TIME FOR DEFENDANT FOSTER
14         v.                                 FARMS, LLC TO RESPOND TO
                                              COMPLAINT; AND ORDER THEREON**
15  FOSTER FARMS, LLC,

16                  Defendant.

17

18         IT IS HEREBY STIPULATED by and between Plaintiff Mobile Logistics, LLC ("Mobile

19  Logistics") and Defendant Foster Farms, LLC ("Foster Farms"), as follows:

20         1.      On or about August 9, 2012, Defendant Foster Farms was served with Plaintiff

21  Mobile Logistics' Complaint accusing Defendant Foster Farms of infringing the patent-in-suit for

22  its use of a third party's, PINC Solutions ("PINC"), "Yard Hound" system.

23         2.      Defendant Foster Farms' response was due by August 30, 2012.

24         3.      Plaintiff Mobile Logistics agreed that Defendant Foster Farms should be given an

25  extension to September 27, 2012 to file a response to the Complaint.  Pursuant to Local Rule 144,

26  the parties stipulated to an extension of time of 28 days for Defendant Foster Farms to respond to

27  Plaintiff Mobile Logistics' Complaint by September 27, 2012.

28         4.      Defendant Foster Farms' response is currently due on September 27, 2012.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

1:12-CV-01264-JAM-CKD
SECOND STIP. TO EXTEND TIME FOR
TO RESPOND TO COMPLAINT AND ORDER

5.      PINC has recently retained counsel to lead its defense against lawsuits filed by Mobile Logistics in various district courts across the country, including defending Defendant Foster Farms in this action.

6.      Late last evening, September 25, 2012, Defendant Foster Farms agreed to allow PINC's counsel to represent them in this action.

7.      At the request of Defendant Foster Farm's new counsel, Plaintiff Mobile Logistics has agreed and stipulates that Defendant Foster Farms should be given an extension to October 26, 2012 to file a response to the Complaint.

Pursuant to Local Rule 144, the parties respectfully request the Court issue an order allowing Defendant Foster Farms to have an extension of time of 29 days, until October, 26, 2012, to file its response to Plaintiff Mobile Logistics' Complaint.

Plaintiff Mobile Logistics does not oppose this request.

Dated:  September  26, 2012

COOLEY LLP

_/s/ Ronald S. Lemieux_
RONALD S. LEMIEUX

Ronald S. Lemieux
rlemieux@cooley.com
Vidya R. Bhakar
vbhakar@cooley.com
Carrie J. Richey
crichey@cooley.com
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2150
T:  650-483-5000

Attorneys for Defendant
FOSTER FARMS, LLC

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

1:12-CV-01264-JAM-CKD
SECOND STIP. TO EXTEND TIME FOR
TO RESPOND TO COMPLAINT AND ORDER

1    Dated:  September 26, 2012            LAW OFFICES OF JOHN P. COSTELLO

2                                          */s/ John P. Costello(by permission 9/26/2012)*
                                           JOHN P. COSTELLO
3
                                           John P. Costello
4                                          jcostello@costellolawcorp.com
                                           LAW OFFICES OF JOHN P. COSTELLO
5                                          331 J Street, Suite 200
                                           Sacramento, CA  95814
6                                          T: 916-441-2234

7                                          Steven R. Daniels (admitted *pro hac vice*)
                                           sdaniels@farneydaniels.com
8                                          FARNEY DANIELS LLP
                                           800 South Austin Avenue, Suite 200
9                                          Georgetown, TX 78626
                                           T:  512-582-2828
10
                                           Attorneys for Plaintiff
11                                         MOBILE LOGISTICS LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

                                        3.

                                                        1:12-CV-01264-JAM-CKD
                                                      SECOND STIP. TO EXTEND TIME FOR
                                                    TO RESPOND TO COMPLAINT AND ORDER

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to the stipulation between the parties, Plaintiff Mobile Logistics, LLC and Defendant Foster Farms, LLC, Defendant Foster Farms, LLC has up to and including October 26, 2012 to file its response to Plaintiff Mobile Logistics' Complaint.

Dated:  9/27/2012

/s/ John A. Mendez_____
The Hon. John A. Mendez
United States District Court Judge

CooLey LLP
ATTORNEYS AT LAW
PALO ALTO

4.

1:12-CV-01264-JAM-CKD
SECOND STIP. TO EXTEND TIME FOR
TO RESPOND TO COMPLAINT AND ORDER